**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LINDA DRESSEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-CV-3294-PLC |
| | ) | |
| RAVE Q. MASON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on self-represented plaintiff Linda Dressel's "Claim for Relief under [Federal] Rule 60(b) and 59(e)," which the Court construes as a motion to reconsider the Court's Memorandum and Order and Order of Dismissal dated July 9, 2020 (ECF Nos. 5 and 6).

After reviewing the motion, including more than 200 pages of attachments, the Court will decline to alter or amend the Memorandum and Order and Order of Dismissal dated July 9, 2020. The Court concludes that plaintiff's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence.  Instead, the motion merely revisits old arguments.  Plaintiff is therefore not entitled to reconsideration of the dismissal of her complaint, and her motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Claim for Relief under [Federal] Rule 60(b) and 59(e)," which the Court construes as a motion to reconsider the Court's Memorandum and Order and Order of Dismissal dated July 9, 2020 is **DENIED**.  [ECF No. 7]

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 25th day of February, 2021.

_Ronnie L. White_
_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE